IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 - CV - 02251-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2007

GREGORY C. LANGHAM
                    CLERK

JERRY D. GRADY, and
NATIVE AMERICANS AT BUENA VISTA MIN. CENTER, et al.,

   Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS AT BUENA VISTA,
      CORRECTIONAL COMPLEX,
WARDEN GEORGE DUNBAR, and
EXECUTIVE DIRECTOR ARISTEDES ZARARAS,

   Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Jerry Grady has submitted a "Notice of Motion to Proceed as a Poor Person" and a document titled "Temporary Restraining Order Relief." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Notwithstanding these deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff Grady will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Plaintiff Grady files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   xx    is not submitted

(2) \_\_  is missing affidavit
(3) \_\_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_  is missing required financial information
(5) \_\_  is missing an original signature by the prisoner
(6) \_\_  is not on proper form (must use the court's current form)
(7) \_\_  names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_  An original and a copy have not been received by the court. Only an original has been received.
(9) xx  other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) xx  is not submitted
(11) \_\_  is not on proper form (must use the court's current form)
(12) \_\_  is missing an original signature by the prisoner
(13) \_\_  is missing page nos. \_\_
(14) \_\_  uses et al. instead of listing all parties in caption
(15) \_\_  An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_  names in caption do not match names in text
(18) \_\_  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff Grady cure the deficiencies designated

above **within thirty (30) days from the date of this order.** Any papers that Plaintiff

Grady files in response to this order must include the civil action number on this order.

It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff Grady, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff Grady fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 23rd day of October, 2007.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   07 - CV - 0 2 2 5 1 - BNB

Jerry D. Grady
Reg. No. 93047
Unit - C 1-8
PO Box 2005
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and** and two copies of **Prisoner Complaint** to the above-named individuals on 10/25/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk