IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 4 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02251-BNB

JERRY D. GRADY & NATIVE AMERICANS AT B.V.M.C., et al.,
Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS AT BUENA VISTA CORRECTIONAL
   COMPLEX,
WARDEN GEORGE DUNBAR, and
EXECUTIVE DIRECTOR ARISTEDES ZAVARAS,
   Defendants.

---

ORDER

---

Plaintiff Jerry D. Grady has filed *pro se* on October 25, 2007, a document titled "Temporary Restraining Order Relief" in which he asks the Court to issue a temporary restraining order to end the discrimination against Native American inmates. Plaintiff alleges in the motion that, because the cost of firewood has increased from $30.00 per cord to $140.00 per cord, Native American inmates are unable to hold "sweat ceremonies" on a weekly basis. Mr. Grady contends that the inability to hold these ceremonies violates his right to practice his religion. For the reasons stated below, the motion will be denied.

A party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b). Mr. Grady fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Accordingly, it is

ORDERED that the motion for a temporary restraining order filed on October 25, 2007, is denied.

DATED at Denver, Colorado, this 2 day of January, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02251-BNB

Jerry D. Grady
Prisoner No. 93047
Buena Vista Minimum Facility
PO Box 2005 - Unit C-1-8
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of this **ORDER** to the above-named individuals on 1/04/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk