IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02251-EWN-CBS

JERRY GRADY,
    Plaintiff,
v.

BARBARA HOLMES,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on: (1) Mr. Grady's "Motion for a Court Order, to have Legal Copys Made for the above Case No: [sic]" (filed February 27, 2008) (doc. # 18); and (2) "Motion to Production of Documents and Things and Entry upon Land for Inspection and Other Purposes, Under Fed. R. Civ. P. 34(a)" (filed February 27, 2008) (doc. # 19). Pursuant to the Order of Reference dated February 13, 2008 (doc. # 14) and the memorandum dated February 28, 2008 (doc. # 20), these matters were referred to the Magistrate Judge. The court has reviewed Mr. Grady's motions, the entire case file, and the applicable law and is sufficiently advised in the premises.

First, Mr. Grady asks the court to order "the Buena Vista Min Center, Law Library, that that [sic] would state that you are hereby Order [sic] to make all copys [sic] for Civil Action No. 07-cv-02251-EWN-CBS, so that Plaintiff, can file his Motions into the United States District Court." (*See* doc. # 18). The court does not have the

1

authority to override the policies or regulations of the Buena Vista Minimum Center, including those governing the law library. Mr. Grady's request is properly denied.

Second, Mr. Grady seeks discovery pursuant to Fed. R. Civ. P. 26 and 34. (*See* doc. # 19). Defendant waived service of process on or about February 13, 2008. (*See* doc. # 17). Defendant is permitted 60 days from February 13, 2008 to answer or otherwise respond to Mr. Grady's Amended Prisoner Complaint. *See* Fed. R. Civ. P. 4(d). After Defendant's answer or response, the court will set a preliminary scheduling conference as it deems necessary. Mr. Grady's request is properly denied as premature.

Accordingly, IT IS ORDERED that:

1. Mr. Grady's "Motion for a Court Order, to have Legal Copys Made for the above Case No: [sic]" (filed February 27, 2008) (doc. # 18) is DENIED.

2. Mr. Grady's "Motion to Production of Documents and Things and Entry upon Land for Inspection and Other Purposes, Under Fed. R. Civ. P. 34(a)" (filed February 27, 2008) (doc. # 19) is DENIED.

DATED at Denver, Colorado, this 28th day of February, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge