IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02251-EWN-CBS

JERRY GRADY,
    Plaintiff,
v.

BARBARA HOLMES,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Grady's filing entitled "Under Fed. R. Civ. P. (26) (a) (1) (E) (iv), the Plaintiff Hereby Requests the Following Disclosure" (filed March 12, 2008) (doc. # 22) (docketed by the Clerk of the Court as "Motion for Order"). Pursuant to the Order of Reference dated February 13, 2008 (doc. # 14) and the memorandum dated March 12, 2008 (doc. # 23), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Grady's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Grady seeks "Summons and Subponena [sic]" and "documents." (*See* doc. # 22). Defendant waived service of process on or about February 13, 2008. (*See* doc. # 17). Defendant is permitted 60 days from February 13, 2008 to answer or otherwise respond to Mr. Grady's Amended Prisoner Complaint. *See* Fed. R. Civ. P. 4(d). After Defendant's answer or response, the court will set a preliminary scheduling conference as it deems necessary to discuss any necessary discovery. Mr. Grady's request is

1

premature.

Accordingly, IT IS ORDERED that Mr. Grady's filing entitled "Under Fed. R. Civ. P. (26) (a) (1) (E) (iv), the Plaintiff Hereby Requests the Following Disclosure" (filed March 12, 2008) (doc. # 22) (docketed by the Clerk of the Court as "Motion for Order") is DENIED.

DATED at Denver, Colorado, this 12th day of February, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge