IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02251–EWN–CBS

GERRY GRADY, a Native American,

    Plaintiff,

v.

BARBARA HOLMES, Faith/Volunteer an officer of (CDOC),

    Defendant.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed June 16, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendant Holmes' "Motion to Dismiss Plaintiff's Complaint" (#32, filed April 28, 2008) is GRANTED and this civil action is DISMISSED.

    3. Plaintiff Grady's filing titled "Temporary Restraining Order Relief" (#11, filed

February 4, 2008 and docketed by the Clerk of the Court as a "Motion for Temporary Restraining Order" is DENIED.

DATED this 12th day of August, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge